## HARRIS, ET AL. v. BETHEA, ET AL.

(Decided December 19, 1916. 73 South. 1000.)

Appeal from Montgomery Chancery Court.

Heard before Hon. Oscar S. Lewis.

JOHN H. WILKERSON, for appellant. W. A. JORDAN, for appellee.
Per Curiam.—Appeal dismissed by appellant.